**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth A. Turner,<br>     aka Elizabeth Ann Turner<br>                    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-10171 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing as Servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56) and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ Matteo S. Weiner, Esquire**
                        Matteo S. Weiner, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734