17-0898

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth A. Turner<br><br>                              Debtor(s)<br><br>Melvin Turner, CoDebtor | Chapter 13 Proceeding<br><br>Case No.  16-10171 REF |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

     Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090