United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Elizabeth A. Turner
      Debtor

Case No. 16-10171-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 2      Date Rcvd: Jul 24, 2017
                   Form ID: 138NEW     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
```
db             +Elizabeth A. Turner,    541 N. Funk Road,    Boyertown, PA 19512-8584
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +NATIONSTAR MORTGAGE LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
cr             +Nationstar Mortgage LLC et al...,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
13767435       +Apex Community,    Federal Credit Union,    540 Old Reading Pike,    Stowe, PA 19464-3732
13658436       +Apex Community Fcu,    540 Old Redding Pike,    Stowe, PA 19464-3732
13759802        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13781612        Bank of New York Mellon et al,    c/o Select Portfolio Serivicng, Inc.,
                 P.O. Box 65450, Salt Lake City, UT 84165
13658437       +Bk Of Amer,    4909 Savarese Circle,    Tampa, FL 33634-2413
13718177       +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13742692       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13658439       +Linda Ondercin,    229 N. Charlotte Street,    Pottstown, PA 19464-7302
13658440       +Melissa Volpe,    229 N. Charlotte Street, 2nd Floor,    Pottstown, PA 19464-7302
13658441       +Montgomery County Tax Claim Bureau,    C/O Northeast Revenue Service,
                 1 Montgomery Plaza, Suite 610,    Norristown, PA 19401-4855
13726147      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13658443       #+Portnoff Law Associates, LTD,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
13658444       +Pottstown Tax Office,    Finance/Tax Dept.,    100 E. High Street,    Pottstown, PA 19464-5438
13658446        Rudolph Clarke, LLC,    7 Neshaminy Interplex, Suite 200,    Bally, PA 19503
13658448       +Shapiro & DeNardo LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13712783       +Wells Fargo Bank, NA,    c/o Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                 PO Box 619096,    Dallas TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 25 2017 01:42:16       Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2017 01:42:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2017 01:42:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 25 2017 01:42:20
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
13851636       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 25 2017 01:42:20
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13675416       +E-mail/Text: mrdiscen@discover.com Jul 25 2017 01:42:01       Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13658445       +E-mail/Text: bankruptcydept@wyn.com Jul 25 2017 01:42:19
                 Ridge Top Village Owners Association,    10750 W. Charleston Blvd, Suite 150,
                 Las Vegas, NV 89135-1043
                                                                                               TOTAL: 7
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13658442*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13658438      ##+Judy Harris,    229 N. Charlotte Street,    Pottstown, PA 19464-7302
13658447      ##+Scott Lodwig & Donna Mazlarz,    229 N. Charlotte Street #3,    Pottstown, PA 19464-7302
                                                                                       TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Jul 24, 2017
                              Form ID: 138NEW        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:

```
          ANN E. SWARTZ     on behalf of Creditor    THE BANK OF NEW YORK MELLON   ET AL .....
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          DANIELLE BOYLE-EBERSOLE     on behalf of Creditor    Bank of New York Mellon et al c/o Select
           Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DENISE ELIZABETH CARLON     on behalf of Creditor    THE BANK OF NEW YORK MELLON   ET AL .....
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HARRY B. REESE     on behalf of Creditor    Bayview Loan Servicing LLC harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          JAMES RANDOLPH WOOD     on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JILL MANUEL-COUGHLIN     on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH L QUINN     on behalf of Debtor Elizabeth A. Turner CourtNotices@sjr-law.com
          KARINA VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          KEVIN S. FRANKEL     on behalf of Creditor    Nationstar Mortgage LLC  et al... pa-bk@logs.com
          KEVIN S. FRANKEL     on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          KEVIN S. FRANKEL     on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 17
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Elizabeth A. Turner
    Debtor(s)

Bankruptcy No: 16−10171−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/24/17

51 − 49
Form 138_new