United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth A. Turner  
    Debtor

Case No. 16-10171-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jul 24, 2017  
                            Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db         +Elizabeth A. Turner,   541 N. Funk Road,   Boyertown, PA 19512-8584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:

      ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON   ET AL ..... ecfmail@mwc-law.com, ecfmail@mwc-law.com  
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
      DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON   ET AL ..... bkgroup@kmllawgroup.com  
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      HARRY B. REESE    on behalf of Creditor    Bayview Loan Servicing LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com  
      JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
      JILL MANUEL-COUGHLIN    on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
      JOSEPH L QUINN    on behalf of Debtor Elizabeth A. Turner CourtNotices@sjr-law.com  
      KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al... pa-bk@logs.com  
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com  
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com  
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                            TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                              Chapter: 13

    Elizabeth A. Turner

Debtor(s)                                                                                       Case No: 16–10171–ref

___

*ORDER*

    AND NOW, 7/24/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Judge ,United States Bankruptcy Court

50
Form 212